Opinion issued March 5, 2019



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00070-CV

———————————

## KENNETH NOVARK, Appellant

## V.

## THREE LAKES HOMEOWNERS ASSOCIATION, Appellee

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-59299**

---

## MEMORANDUM OPINION

Appellant, Kenneth Novark, representing that he no longer wishes to pursue his appeal, has filed an unopposed motion to withdraw his appeal. No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.